UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERTO JUAREZ,

        Petitioner,

    v.

PRISON'S CEO; *et al.*,

        Respondent.
        _____/

No. C-12-2855 EMC (pr)

**ORDER DENYING PETITION FOR REHEARING**

**(Docket No. 6)**

      Gilberto Juarez filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 1995 conviction from the Santa Clara County Superior Court. The Court dismissed the petition because Juarez had not first obtained an order from the Ninth Circuit permitting the filing of a second or successive petition. *See* 28 U.S.C. § 2244(b)(3). The dismissal was without prejudice to Juarez filing a petition in this Court after he obtained the necessary order from the Ninth Circuit.

      Juarez has filed a "petition for rehearing," asking that this action proceed because, he believes, the Ninth Circuit's decision in *Juarez v. Chacon*, Ninth Cir. Case No. 11-17703, has given him the necessary permission to file a new habeas petition. He misunderstands what occurred in the earlier action.

      In 2011, Juarez filed a civil rights complaint in which he alleged that his civil rights were violated during the course of his criminal proceedings and sought to have his conviction vacated. *See Juarez v. Chacon*, N. D. Cal. No. 11-4631 WHA. That action was dismissed without prejudice to Juarez filing a habeas petition because a challenge to one's conviction must be brought in a habeas

petition rather than a civil rights complaint.  Juarez appealed, and the Ninth Circuit "summarily affirm[ed] the district court's judgment dismissing appellant's civil rights complaint without prejudice to filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254."  Order filed April 11, 2012 in *Juarez v. Chacon*, Ninth Cir. Case No. 11-17703.  The Ninth Circuit was not presented with, and did not decide, in that action whether Juarez made the prima facie showing required by 28 U.S.C. § 2244(b) for the Ninth Circuit to authorize the filing of a second or successive petition.  Therefore, Juarez is incorrect in arguing in his petition for rehearing that the Ninth Circuit has granted the permission necessary under § 2244(b)(3) for him to file a second or successive petition for writ of habeas corpus.  The petition for rehearing is **DENIED**.  (Docket # 6.)

Juarez again is informed that, before he may have a new habeas petition considered in this court, he must apply for and obtain the necessary order from the Ninth Circuit under 28 U.S.C. § 2244(b) permitting this Court to consider a second or successive petition.

IT IS SO ORDERED.

Dated: July 24, 2012

_____
EDWARD M. CHEN
United States District Judge

2